① 

SOUTHERN DIST. IOWA

UNITED STATES
AMERICA

RECEIVED
JAN 05 2026
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

GOEBBELS
V.
TRUMP, TD

LAWSUIT,
DEF. BRING REPORTER +
TEAM,
ADD VANDENBURG, QUINN
FORT BRAGG

SUEING TO 1. TEACH REVERSE DRUG
DISTRIBUTION: IPOL + ALL AGENCIES.
2. FAKE NEWS, NO SOLUTION
3. "ELON MUSK"
4. NO TRANSVESTITE THERAPY
5. -5 YEAR TERM
6. - CONTACT INFO - NO PHONE IN WAR
7. PRESENT CIA EPSTEIN DOCUMENTS

ORDERS: 1. BOTH PARTIES ARRANGE PRIVATE
TRANSPORTATION TO COURTHOUSE
2. SERVE VIA DISTRICT MARSHALL
TO PRESIDENT BY HAND

TAKING: $100 MILLION YEN CURRENCY
$100 MILLION USD CURRENCY
10% HARD   $100 MILLION PESO CURRENCY
COPY       $100 MILLION THAI CURRENCY
40% ELEC-  $200 MILLION RUBIES CURRENCY
TRONIC     $500 MILLION GERMAN CURRENCY

MISSION: WIN AN ELECTION
SIGNED + SEALED,
X [signature] ↓

*[handwritten:]* 1. NO JURY TRIAL ENFORCEMENT
2. NO CONSTITUTIONAL COURTS IN USA

Defendant appears in accordance with Iowa Code section 664A.3 after arrest for alleged violation of Iowa Code section:

**708.7**    Harassment

## The court finds

> There is probable cause to believe Defendant committed the violation listed above.

> The presence of or contact with Defendant poses a threat to the safety of Plaintiff, Protected Person, persons residing with Plaintiff or Protected Person, members of Plaintiff's or Protected Person's immediate family, or Other Protected Person (hereafter "Plaintiff or Other Protected Person").

> A criminal no contact order should be entered in this matter pursuant to Iowa Code section 664A.3.

At the time of the violation listed above, Plaintiff or Other Protected Person and Defendant had the following relationship:
> **Not intimate partners (Registry order type "I")**

This order is issued in accordance with the Full Faith and Credit provisions of 18 U.S.C. section 2265.

## The court orders

1. **Conditions of release from custody**, if appropriate, will be established by separate order. The terms of this order are additional conditions of release.

2. **Defendant must not threaten**, assault, stalk, molest, sexually abuse, attack, harass, or otherwise abuse Plaintiff or Other Protected Person. Defendant must not engage in any other conduct that would place Plaintiff or Other Protected Person in reasonable fear of bodily injury to the protected person. Defendant must not use, attempt to use, or threaten to use physical force against Plaintiff or Other Protected Person that would reasonably be expected to cause bodily injury.

3. **Defendant must stay away** from Plaintiff or Other Protected Persons and must not be in the presence of Plaintiff or Other Protected Person under any circumstance except in a court proceeding or as allowed below. Defendant must stay away from and must not be in the immediate vicinity of the residence or place of employment of Plaintiff or Other Protected Person.

4. **This No Contact Order is in effect immediately upon service on Defendant.**
    The order may be extended prior to expiration, or at sentencing, for a period of five years pursuant to Iowa Code sections 664A.5 (modification) and 664A.8 (extension).

GOEBBELS, NOAH H
JUSTICE CENTER
1315 S. B AVE.
NEVADA, IA
50201
STORY, USA
EARTH
MILKY WAY

SOUTHERN DISTRICT
COURTING CLERK
111 LOCUST STREET
DES MOINES, IOWA
50306
POLK, USA
EARTH, MILKY WAY

DES MOINES IA 500
29 DEC 2025 PM 3 L
US POSTAGE (IMI) PITNEY BOWES
ZIP 50201
02 7H
0006210265
$ 000.74⁰
DEC 29 2025

"X-RAYED & CLEARED BY U.S.M.S."